UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  16CR2067-MMA |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Robert BRODELL, | |
| Defendant. | |

Upon application of counsel, and Good Cause appearing, the Motion for Production of Incident Reports (ECF 36) is GRANTED.  U.S. Probation is authorized to release police reports, video evidence and discovery underlying the defendant's pending Revocation proceeding to both the defense and the government.

Dated:  November 5, 2021

_____

Hon. Andrew G. Schopler
United States Magistrate Judge